FILED IN CHAMBERS
U.S.D.C. - Atlanta

JAN 2 0 2017

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

JAMES N. HATTEN, Clerk
By: _Lynn Beck_ Deputy Clerk

| | | |
|---|---|---|
| Sergio Gonzalez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-04507-ODE |
| | ) | |
| v. | ) | |
| | ) | |
| Fair Jin Group, Inc., | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

## **ORDER**

The Parties have jointly moved the Court to approve their Settlement Agreement with respect to the FLSA claims released thereunder. The Court agrees with the Parties and their respective counsel in their conclusion that the settlement is fair and reasonable.

WHEREFORE, upon consideration of Plaintiff and Defendants' joint motion and for good cause shown, it is hereby ORDERED AND DECLARED that the Settlement Agreement between the Parties has been approved by this Court as to the FLSA claims.

IT IS SO ORDERED, this 20 day of _January_ 2017.

_____
JUDGE ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE