UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Sergio Gonzalez, | ) |
| Plaintiff, | ) Case No. 1:16-cv-04507-ODE |
| v. | ) |
| Fair Jin Group, Inc., | ) |
| Defendant, | ) |

**PLAINTIFFS' REQUEST FOR ENTRY OF JUDGMENT FOR SUMS CERTAIN AND NOTICE OF NON-PAYMENT**

Plaintiff, by and through counsel, files this Request for Entry of Judgment for Sums Certain, and Notice of Non-Payment.

This Court on July 25, 2017 granted Plaintiff's motion to enforce settlement agreement and ordered Defendant to pay sums certain in the amounts of:

$ 1,500.00 to Plaintiff Sergio Gonzalez; and

$ 1,550.00 to Plaintiff's counsel Hall & Lampros, LLP

*See* (Doc. 10, at 5-6).

The July 25 Order required Defendant to deliver the above payments to Plaintiff's counsel within ten (10) days of entry of the Order, or August 4, 2017. *Id.* at 6.

Defendant still has not paid the amounts ordered in the July 25 Order. Plaintiffs therefore request that Judgment be entered against Defendant in the following amounts:

$ 1,500.00 to Plaintiff Sergio Gonzalez; (Doc. 10, at 5-6).

$ 1,550.00 to Plaintiff's counsel Hall & Lampros, LLP. (Doc. 10, at 6).

Plaintiffs attach a proposed Judgment.

Respectfully submitted this the 8 August 2017.

                **HALL & LAMPROS, LLP**

/s/ *Gordon Van Remmen*
    Christopher B. Hall
    Gordon Van Remmen
    Hall & Lampros, LLP
    1230 Peachtree St. NE
    Suite 950
    Atlanta, GA 30309
    Tel.: (404) 876-8100
    Fax: (404) 876-3477
    chall@hallandlampros.com
    gordon@hallandlampros.com

I hereby certify that this Request was drafted in 14 pt Times New Roman font.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017, I electronically filed the forgoing **Plaintiffs' Request for Entry of Judgment and Notice of Non-Payment** with the Clerk of the Court using the CM/ECF system. I have also mailed the forgoing to Defendant's address on the docket:

> **Fair Jin Group, Inc.**
> c/o Tao Hua Jin
> 701 Highland Ave. NE
> Atlanta, GA 30312

This, August 8, 2017.

/s/ *Gordon Van Remmen*
Gordon Van Remmen